NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TERESA M. YOUNG,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

---

2025-1193

---

Petition for review of the Merit Systems Protection Board in No. DC-1221-21-0296-W-1.

---

## ON MOTION

---

Before TARANTO, STOLL, and STARK, *Circuit Judges.*

PER CURIAM.

## O R D E R

Teresa M. Young seeks review of the Merit Systems Protection Board's dismissal of her appeal subject to automatic reinstatement. The court directed the parties to show cause why this matter should not be dismissed as premature. The Board urges dismissal, while Ms. Young

moves to stay this matter pending the ongoing proceedings at the Board relative to her reinstated appeal.

In general, this court's jurisdiction is limited to "an appeal from a *final* order or *final* decision of the . . . Board," 28 U.S.C. § 1295(a)(9) (emphasis added), and "an order is final only when it ends the litigation on the merits and leaves nothing for the [tribunal] to do but execute the judgment," *Weed v. Soc. Sec. Admin.*, 571 F.3d 1359, 1361 (Fed. Cir. 2009) (cleaned up); *cf. PGS Geophysical AS v. Iancu*, 891 F.3d 1354, 1361 (Fed. Cir. 2018). Here, Ms. Young seeks review of a Board decision that is not final, as proceedings are ongoing before the Board. Thus, we lack jurisdiction over Ms. Young's petition for review. *See Strausbaugh v. Merit Sys. Prot. Bd.*, 401 F. App'x 524, 526 (Fed. Cir. 2010) (noting that dismissal with "the option of refiling [the Board appeal]" is not a "final, appealable order[]" (collecting cases)).

Accordingly,

IT IS ORDERED THAT:

(1) The petition for review is dismissed for lack of jurisdiction.

(2) Each party shall bear its own costs.

(3) All pending motions are denied.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

March 5, 2025
Date